LINA EISER, APPELLEE, V. SUPREME LODGE, KNIGHTS OF PYTHIAS, APPELLANT.

FILED OCTOBER 4, 1922. No. 22707.

APPEAL from the district court for Otoe county: JAMES T. BEGLEY, JUDGE. *Affirmed.*

W. J. Connell and S. H. Esarey, for appellant.

D. W. Livingston, contra.

Heard before MORRISSEY, C. J., LETTON, ROSE, DEAN, ALDRICH, DAY and FLANSBURG, JJ.

DEAN, J.

This suit was brought in the district court for Otoe county to recover $2,000 as beneficiary of a fraternal insurance policy issued to her father by the defendant society. Plaintiff obtained judgment, and defendant has brought the case here for review.

It was agreed by the parties that the questions here are

the same as those presented in *Meyer v. Supreme Lodge, K. of P., ante*, p. 108. Both cases are controlled by our decision in the case of *Meyer v. Supreme Lodge, K. of P.*, 104 Neb. 505; on rehearing, p. 511. The judgment of the trial court is therefore

LETTON, J., dissenting.

I dissent for the same reasons expressed in dissenting opinion in the case of *Meyer v. Supreme Lodge, K. of P., ante*, p. 108.

